

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Mag. Case No. '08 MJ 8447 |
| Plaintiff, | COMPLAINT FOR VIOLATION OF: |
| v. | Title 8, U.S.C., Section 1326<br>Deported Alien Found In the United States |
| Antonio MALDONADO-Hurtado, | |
| Defendant. | |

The undersigned complainant, being duly sworn, states:

On or about May 18, 2008, within the Southern District of California, defendant Antonio MALDONADO-Hurtado, an alien, who previously had been excluded, deported, or removed from the United States to Mexico was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States code, section 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Section 1326.

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
Senior Patrol Agent

SWORN TO BEFORE AND SUBSCRIBED IN MY PRESENCE THIS 19th DAY OF MAY 2008.

_____
PETER C. LEWIS
United States Magistrate Judge

UNITED STATES OF AMERICA
v.
Antonio MALDONADO-Hurtado

STATEMENT OF FACTS

The complainant states that this complaint is based upon the statements of the apprehending Border Patrol Agent, S. Morales, that the Defendant was found and arrested on May 18, 2008 west of the Calexico, California.

Agent Morales was performing her assigned Border Patrol duties approximately 30 miles west of Calexico, California. Agent Morales was looking for illegal alien tracks on Highway S-2, when he observed an individual later identified as, Antonio MALDONADO-Hurtado driving a Ford Explorer suspiciously on Highway S-2. Agent Morales performed a vehicle stop and identified himself as a United States Border Patrol Agent. Agent Morales questioned MALDONADO-Hurtado as to his immigration status to be in the United States. Agent Morales determined that MALDONADO-Hurtado was a citizen of Mexico illegally in the United States. MALDONADO-Hurtado was placed under arrest and transported to the El Centro Border Patrol Station.

At the station, record checks revealed an Immigration Judge ordered MALDONADO-Hurtado deported to Mexico from the United States on July 2, 1996. Record checks also revealed that MALDONADO-Hurtado has an extensive criminal history.

MALDONADO-Hurtado stated that he last entered the United States last night by walking through the mountains. MALDONADO-Hurtado also stated that he knowingly entered the United States illegally. MALDONADO-Hurtado said that he did not have immigration documents that would allow him to work or reside in the United States legally. MALDONADO-Hurtado said that he was using Highway S-2 to avoid Interstate 8 Border Patrol Checkpoint.

There is no evidence MALDONADO-Hurtado has sought or received permission from the Attorney General or the Secretary of the Department of Homeland Security to re-enter the United States.