✎AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

| SOUTHERN | DISTRICT OF | CALIFORNIA |

UNITED STATES OF AMERICA,
                    Plaintiff,

            V.

ANTONIO MALDONADO-HURTADO,
                    Defendant.

**APPEARANCE**

Case Number:  08MJ8447

To the Clerk of this court and all parties of record:

     Enter my appearance as counsel in this case for

  ANTONIO MALDONADO-HURTADO

     I certify that I am admitted to practice in this court.PRO HAC VICE.

| 5/27/2008 | /s/ LINDA LOPEZ |
| Date | Signature |

| Linda Lopez/ Federal Defenders of SD | 177301 |
| Print Name | Bar Number |

225 Broadway, Suite 900
Address

| San Diego, | CA | 92101 |
| City | State | Zip Code |

| (619) 234-8467 | (619) 687-2666 |
| Phone Number | Fax Number |

## CERTIFICATE OF SERVICE

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the

best of her information and belief, and that a copy of the foregoing document has been served

this day upon:

**U S Attorney CR**
Efile.dkt.gc2@usdoj.gov

Dated: May 27, 2008                                     _____/s/  Linda Lopez_____
                                                        LINDA LOPEZ
                                                        Federal Defenders of San Diego, Inc.
                                                        225 Broadway, Suite 900
                                                        San Diego, CA 92101-5030
                                                        (619) 234-8467  (tel)
                                                        (619) 687-2666  (fax)
                                                        e-mail: Linda_Lopez@fd.org