FILED

JUN 1 7 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                                    DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08CR2016-WQH |
|---|---|---|
| Plaintiff, | ) | I N F O R M A T I O N |
| v. | ) | Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor); |
| ANTONIO MALDONADO-HURTADO, | ) | Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony) |
| Defendant. | ) | |

The United States Attorney charges:

## Count 1

On or about _____2/2004_____, within the Southern District of California, defendant ANTONIO MALDONADO-HURTADO, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact; in violation of Title 8, United States Code, Section 1325, a misdemeanor.

//

//

//

MIP:mg:San Diego
6/16/08

1

Count 2

2      On or about May 18, 2008, within the Southern District of

3 California, defendant ANTONIO MALDONADO-HURTADO, being an alien,

4 unlawfully entered or attempted to enter the United States at a time

5 and place other than as designated by immigration officers, and eluded

6 examination and inspection by immigration officers, and attempted to

7 enter or obtained entry to the United States by a willfully false or

8 misleading representation or the willful concealment of a material

9 fact and previously committed the offense of illegal entry, as alleged

10 in Count 1; all in violation of Title 8, United States Code,

11 Section 1325, a felony.

12      DATED: June 17, 2008.

13                                    KAREN P. HEWITT
                                     United States Attorney

14

15

16                                   MICHELLE M. PETTIT
                                     Assistant U.S. Attorney

17

18

19

20

21

22

23

24

25

26

27

28