AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
|---|---|
| v. | |
| ANTONIO MALDONADO-HURTADO | CASE NUMBER: 08CR2016-WQH |

I, <u>ANTONIO MALDONADO-HURTADO</u>, the above named defendant, who is accused of committing the following offense:

Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor);  Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __6/17/08__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

X ANTONIO MALDONADO H
Defendant

_____
Counsel for Defendant

Before _____
Judicial Officer

FILED
JUN 17 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ EF ___ DEPUTY