**VICTOR N. PIPPINS**
California State Bar No. 251953
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5030
Telephone No. (619) 234-8467
Email: Victor_Pippins@fd.org

Attorneys for Defendant

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE GORDON T. THOMPSON, JR.)**

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 08CR2016-GT |
| Plaintiff, | |
| v. | **NOTICE OF APPEARANCE** |
| ANTONIO MALDONADO-HURTADO, | |
| Defendant. | |

Pursuant to implementation of the CM/EMF procedures in the Southern District of California, Victor Pippins, Federal Defenders of San Diego, Inc., files this Notice of Appearance replacing attorney Linda Lopez as attorney in the above-captioned case.

Respectfully submitted,

Dated: June 27, 2008        */s/ Victor N. Pippins*
                            Federal Defenders of San Diego, Inc.
                            Attorneys for Defendant
                            Victor_Pippins@fd.org

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

    Courtesy Copy to Chambers

    Copy to Assistant U.S. Attorney via ECF NEF

    Copy to Defendant

Dated: June 27, 2008       /s/ *Victor N. Pippins*
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, CA  92101-5030
(619) 234-8467  (tel)
(619) 687-2666  (fax)
Victor_Pippins@fd.org email